IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OBSESSION SPORTS BAR & GRILL, INC. and JOAN ORTIZ,<br><br>                        *Plaintiffs*,<br><br>               v.<br><br>THE CITY OF ROCHESTER, a municipal corporation,<br><br>                        *Defendant*. | **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>Case No. 6:15-cv-06152-CJS |

Plaintiff, OBSESSION SPORTS BAR & GRILL, INC., for its Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, states that it does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Date: March 26, 2015
      Rochester, New York

s/Michael A. Burger
Michael A. Burger
SANTIAGO BURGER LLP
*Attorneys for Plaintiffs*
Office and Post Office Address
1250 Pittsford Victor Road
Bldg 100, Ste 190
Pittsford, NY 14534
Tel.: (585) 563-2400
mike@litigation-group.com