EXHIBIT O

# PROOF OF NOTIFICATION
# ZONING BOARD of APPEALS

## 564-568 Chili Avenue
## V-030-12-13

**Kelly J. Muniz-Miles** says that I am a **Clerk II** in the office of City of Rochester Office of Planning and Zoning. On **September 27, 2012**, I brought the attached Notice to the Mail Center of the City of Rochester and gave the Notice to the City Mailroom Coordinator, who is responsible for mailing all letters and packages from City Hall. Upon information and belief, all letters and packages are picked up two times a day from the Mail Center by an authorized employee of the U.S. Postal Service, for delivery to the Jefferson Road main postal facility.

_Kelly Muniz_
Signature

9/27/12
Date



| Name | Address |
|---|---|
| DEAN GLENDORIA | 24 SALINA ST |
| SEP & MASTRO PROPERTIES | 1870 E MAIN ST |
| BROADY DARIEAN | 36 SALINA ST |
| ROCHESTER HSG AUTHORITY | 675 W MAIN ST |
| SNEAD AUSTIN | 116 POLARIS ST |
| BARR FATINA | 9 ESQUIRE DR |
| WYNN JEFFREY S | 108 BATTLE GREEN DR |
| LAWHORN HAROLD & MARY | 62 SALINA ST |
| GROOMS REGINA | 66 SALINA ST |
| ORTIZ JOAN C | 94 MC NAUGHTON ST |
| CUTAIA CHARLES & BONITA J | 44 TWIN CIRCLE DR |
| CITY OF ROCHESTER | 30 CHURCH ST RM 125B |
| PONDER EVELYN | 35 SALINA ST |
| WALLER GENEVIEVE | 39 SALINA ST |
| LANE FREDDIE | 45 SALINA ST |
| MCFADDEN MARY | 51 SALINA ST |
| AGARD RONALD A & MARLYN | 292 GLENDALE AV |
| NUNNALLY DELORES E | 65 SALINA ST |
| IKEJIAKU ALEXANDER | 2513 DICKENS DR |
| HERNANDEZ LUIS JR/SINGH SABRIN | 414 WEST 18TH ST |
| PURDIE STANLEY L & APRIL | 89 RIDGEWAY ESTATES |
| O CONNOR MARY L | 918 VIRGINIA ST |
| SALEH SALEH K | 865 HUDSON AV |
| MURAWSKI DOROTHY D | 121 SALINA ST |
| COOK STEVEN D | 605 CHILI AV |
| MOSLEY ROBERT A | 611 CHILI AV |
| CHARLES SCOTT | 275 DRIVING PK AV |
| GARLAND PAULA J & MARVIN | 19835 VILLAGE TREE WAY |
| NIX OPHELIA M | 228 DEPEW ST |
| EVERETT LUCY | 222 DEPEW ST |
| DILLARD ELOISE | 216 DEPEW ST |
| WHEATLEY VALERIE H | 1125 DAVIS AV |
| MARSHALL CARLTON | 206 DEPEW ST |
| TISDALE SHAUNTIA | 202 DEPEW ST |
| FIRST NIAGARA BANK NA | 726 EXCHANGE ST STE 618 |
| LEE LEE REALTY CORP | 115 MILL RUN DR |
| PETER T NOLL LLC | 556 CHILI AV |
| JAMISON JAMES | 27 WINDWOOD CIR |
| A-SSETS USA LLC | 1635 BROOKS AV |
| ROTHSCHILD DONALD W/IRENE | 77 LONG POND RD |
| TRUONG VU | 119 GARFIELD ST |
| RAINEY KARIS D & ANTHONY D | 318 ALDINE ST |
| OLIVER DONNELL | 179 GARDINER AV |
| WESTBROOK ANTHONY & KNAPP | 487 WELLINGTON AV |
| HARDER JAMES A | 3047 N LINCOLN ST STE 400 |
| SERRET GERALD | 15 DEWAIN ST |
| CARDOT ANDREW J & JAN P | 279 FETZNER RD |

| Name | Address |
|---|---|
| CALI LLC | PO BOX 25431 |
| BONIS DAVID W | 107 DEPEW ST |
| PERRY JASON | 152 GARDINER AVE |
| SBM PROPERTIES INC | 380 CEDAR CREEK TRL |
| LODGE LENNIE S | 30 THURSTON RD |
| NIELSEN JEFFREY C/MASTRANTONIO | PO BOX 207 |
| RANIERI ALBERT B JR/ROSE ANN M | 316 JOHN ST |
| LATELY CONDERA D & MINNIE P | 122 SALINA ST |
| JOHNSON SHAWN & LATELY | 116 SALINA ST |
| HOLMES LACARLA | 110 SALINA ST |
| Dorothy Hall, Ply-Exchg Nhbd A | PO Box 24858 |
| Frederick Jones c/o Broadway L | 808 Brown Street |
| Gladys Royster c/o Changing Sc | 82 Melody Lane |
| Karen Tipple c/o 19th Ward Com | 216 Thurston Road |
| Maxsene Hanks | 495 Central Park |
| Patricia Jackson c/o SWAN | 275 Dr. Samuel McCree Way |
| Paul Jones c/o BEST Nbhd. Unit | 808 Brown Street |

# CITY OF ROCHESTER — ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE THAT A **PUBLIC HEARING** HAS BEEN SCHEDULED AS FOLLOWS:

**LOCATION:** CITY HALL, ROOM 302-A, COUNCIL CHAMBERS, 30 CHURCH STREET (585) 428-7054
**HEARING DATE:** October 18, 2012
**TIME:** BEGINNING AT 11:30 A.M.    **CASE NO. 8**
**FILE NO.** V-030-12-13
**APPLICANT:** Joan Ortiz, Obsession Bar & Gill
**FOR THE PROPERTY AT:** 564-568 Chili Avenue
**ZONING DISTRICT:** C-1 Neighborhood Community Center
**QUADRANT:** Southwest
**APPLICATION TYPE:** Use Variance
**PURPOSE:** To extend the hours of operation of a bar/restaurant from 12:00 a.m to 2:00 a.m. Monday through Sunday; a prohibited operation in the C-1 district

THE FILE IS AVAILABLE FOR PUBLIC REVIEW IN THE DIVISION OF ZONING, ROOM 125B, CITY HALL, 30 CHURCH STREET (585) 428-7054. WRITTEN COMMENTS MAY BE SUBMITTED BY OCTOBER 16, 2012 AT 4:00 PM TO ZINA.LAGONEGRO@CITYOFROCHESTER.GOV.



# CITY OF ROCHESTER — ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE THAT A **PUBLIC HEARING** HAS BEEN SCHEDULED AS FOLLOWS:

**LOCATION:** CITY HALL, ROOM 302-A, COUNCIL CHAMBERS, 30 CHURCH STREET (585) 428-7054
**HEARING DATE:** October 18, 2012
**TIME:** BEGINNING AT 11:30 A.M.    **CASE NO. 8**
**FILE NO.** V-030-12-13
**APPLICANT:** Joan Ortiz, Obsession Bar & Gill
**FOR THE PROPERTY AT:** 564-568 Chili Avenue
**ZONING DISTRICT:** C-1 Neighborhood Community Center
**QUADRANT:** Southwest
**APPLICATION TYPE:** Use Variance
**PURPOSE:** To extend the hours of operation of a bar/restaurant from 12:00 a.m to 2:00 a.m. Monday through Sunday; a prohibited operation in the C-1 district

THE FILE IS AVAILABLE FOR PUBLIC REVIEW IN THE DIVISION OF ZONING, ROOM 125B, CITY HALL, 30 CHURCH STREET (585) 428-7054. WRITTEN COMMENTS MAY BE SUBMITTED BY OCTOBER 16, 2012 AT 4:00 PM TO ZINA.LAGONEGRO@CITYOFROCHESTER.GOV.



# CITY OF ROCHESTER — ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE THAT A **PUBLIC HEARING** HAS BEEN SCHEDULED AS FOLLOWS:

**LOCATION:** CITY HALL, ROOM 302-A, COUNCIL CHAMBERS, 30 CHURCH STREET (585) 428-7054
**HEARING DATE:** October 18, 2012
**TIME:** BEGINNING AT 11:30 A.M.    **CASE NO. 8**
**FILE NO.** V-030-12-13
**APPLICANT:** Joan Ortiz, Obsession Bar & Gill
**FOR THE PROPERTY AT:** 564-568 Chili Avenue
**ZONING DISTRICT:** C-1 Neighborhood Community Center
**QUADRANT:** Southwest
**APPLICATION TYPE:** Use Variance
**PURPOSE:** To extend the hours of operation of a bar/restaurant from 12:00 a.m to 2:00 a.m. Monday through Sunday; a prohibited operation in the C-1 district

THE FILE IS AVAILABLE FOR PUBLIC REVIEW IN THE DIVISION OF ZONING, ROOM 125B, CITY HALL, 30 CHURCH STREET (585) 428-7054. WRITTEN COMMENTS MAY BE SUBMITTED BY OCTOBER 16, 2012 AT 4:00 PM TO ZINA.LAGONEGRO@CITYOFROCHESTER.GOV.

# CITY OF ROCHESTER — ZONING BOARD OF APPEALS

PLEASE TAKE NOTICE THAT A **PUBLIC HEARING** HAS BEEN SCHEDULED AS FOLLOWS:

**LOCATION:** CITY HALL, ROOM 302-A, COUNCIL CHAMBERS, 30 CHURCH STREET (585) 428-7054
**HEARING DATE:** October 18, 2012
**TIME:** BEGINNING AT 11:30 A.M.    **CASE NO. 8**
**FILE NO.** V-030-12-13
**APPLICANT:** Joan Ortiz, Obsession Bar & Gill
**FOR THE PROPERTY AT:** 564-568 Chili Avenue
**ZONING DISTRICT:** C-1 Neighborhood Community Center
**QUADRANT:** Southwest
**APPLICATION TYPE:** Use Variance
**PURPOSE:** To extend the hours of operation of a bar/restaurant from 12:00 a.m to 2:00 a.m. Monday through Sunday; a prohibited operation in the C-1 district

THE FILE IS AVAILABLE FOR PUBLIC REVIEW IN THE DIVISION OF ZONING, ROOM 125B, CITY HALL, 30 CHURCH STREET (585) 428-7054. WRITTEN COMMENTS MAY BE SUBMITTED BY OCTOBER 16, 2012 AT 4:00 PM TO ZINA.LAGONEGRO@CITYOFROCHESTER.GOV.

EXHIBIT P



| City GIS Home | Property Search | Zoom | Maps of Interest | View | Find Address |

**Tools**

Identify

Center

Zoom In

Bird's Eye

**Panels**

Legend

Layers

**Zoom**

In

Out

Selected

Scale

1 inch = 174.97 feet

N / W / E / S

**564 CHILI AV**

SBL-ID: 120.550-0003-016.001/0000



Images:

FRONT-7/13/2005

Landuse:
DETACHED ROW BUILDING - 482

Assessed Value:
$58,100.00

Year Built:
1930

Housing Units:
3

GIS-ID:
1205531601

SBL20:
12055000030160010000

Note: The total assessed value displayed is the result of the 2008 reassessment project.

Contact Us   Home

Copyright © 2005 City of Rochester - New York. All rights reserved.

**Data Disclaimer**

Map View : Rochester - New York

| City GIS Home | Property Search | Zoom | View | Maps of Interest | Find Address |

**Tools**
Identify
Center
Zoom In
Bird's Eye

**Panels**
Legend
Layers

**Zoom**
In
Out
Selected
Scale

1 inch = 250.00 feet

564 CHILI AV

SBL-ID: 120.550-0003-016.001/0000

Images:
Primary-7/27/2007 8:43:04 AM FRONT-7/13/2005

Landuse:
DETACHED ROW BUILDING - 482

Zoning:
Neighborhood Commercial (C-1)

Assessed Value:
$70,000.00

Year Built:
1930

GIS-ID:
1205531601

SBL20:
12055000030160010000

City equalization rate is 100%. Assessed value equals full market value.

Copyright © 2012 City of Rochester - New York. All rights reserved.

**Data Disclaimer**

```
BSSUMDS                BI!    PROPERTY SUMMARY        DATE:    /09/2012 *

ENTRY ADDRESS: 0564        CHILI         AV    SPC ZONE: ECZ
SBL NUMBER   : 120 . 550 - 0003 - 016 . 001 / 0000 PC
                           PMT  ZDC  CFO  ZON  SPM  O/C  C/C  H/C  INJ  B/P
    ENTER OPTION NUMBER: _ (1)  (2)  (3)  (4)  (5)  (6)  (7)  (8)  (9)  (0)
                           028   Y   06   01    .    .   029   .    .   03
    DOCUMENT#: _____
    ARLM OWNER(S) AND ADDRESS         ARLM SPECIAL MAILING
ORTIZ JOAN C                     ORTIZ JOAN C
                                 94 MC NAUGHTON ST
0564        CHILI AV     14611        ROCHESTER NY                14606

    GIS SBL NO: 1205531601                  ASSESSMENT:        70,000
    LOT SIZE:   46.40 X    88.60                 ACRES:         0.09
    OWNER CODE: 0099 - PRIVATE OWNED - NO EXEMPT  MAP NO.: 268
ASM CURR USE: 482 - DETACHED ROW BUILDING     CENSUS TRACT: 0075.00
ASM PREV USE:       -                    INS AREA: W02   BLOCK: 304
       ZONING: C-1                 /         SOUTHWEST    WARD: 20
DCD AUTH USE: 482 -                      NBN AREA: W06   DISC#: 000000000

PF14-WIPE TEST  PF15-ADDR LIST  PF16-SBL# LIST  PF17-DOC LIST  PF18-DOC DETL
PF19-H/S VIOL   PF20-ZPROP SUM  PF21-COMMENT    PF22-FLAG PROP PF23-QHI RESULTS
```

**APPLIC. ADDRESS:** 0564        CHILI            AV   **PERMIT NO.:** _____
**SBL NO.:** 120 . 550 - 0003 - 016 . 001 / 0000
**PMT#/SFX**    **APL DTE**    **ISS DTE**    **EST COST**    **STATUS/DATE**
                                          0564        CHILI            AV
1117051    11/30/11    00/00/00           PERMIT COMPLETE-CZC ONLY  11/11/30
TEMPORARY USE PERMIT: EXTEND HOURS OF BAR/RESTAURANT TO 2 AM FOR DEC. 24, 2011
AND DEC. 31, 2011.

1115908    10/06/11    00/00/00           PERMIT COMPLETE-CZC ONLY  11/10/06
AMUSEMENT LICENSE FOR 2011 FOR OBSESSIONS


1115142    08/29/11    08/29/11      500  PMT COMPLETED/ WITH INSP  11/09/08
TO INSTALL 3' X 4' UNLIGHTED WALL SIGN


1105008    07/27/10    11/01/10      100  PMT COMPLETED/ WITH INSP  11/09/13
REESTABLISH USE OF THE FIRST FLOOR AS BAR/RESTAURANT WITH LIVE ENTERTAINMENT.
CONDITION: THAT BAR/RESTAURANT WITH LIVE ENTERTAINMENT BE OPERATED BETWEEN
**PF13-PMT MOD    PF14-STAT LIST PF15-PMT DETL  PF16-PMT EVTS  PF17-PMT CONDS**
**PF18-PROP SUMM PF19-ADDR LIST PF20-CFO LIST   PF21-PND/CANC  PF22-CZC MOD**

**APPLIC. ADDRESS:** 0564         CHILI            AV   **PERMIT NO.:** _____
**SBL NO.:** 120 . 550 - 0003 - 016 . 001 / 0000
**PMT#/SFX**    APL DTE    ISS DTE    EST COST       STATUS/DATE
                                      0564       CHILI           AV
1101998     03/29/10   03/29/10        75 PMT COMPLETED/ WITH INSP  10/07/01
ELECTRICAL: 1 GFCI IN BATHROOM IN APT#2 ONLY (OF MIXED USE BLDG.)


1087652     12/04/08   12/05/08      2000 PMT COMPLETED/ WITH INSP  09/08/26
REINSTALL HOOD AND FIRE SUPPRESSION SYSTEM IN BAR/RESTAURANT


1065573     07/25/06   07/26/06       100 PMT COMPLETED/ WITH INSP  06/08/15
ELECTRICAL: SAFETY INSPECTION FOR MIXED USE BUILDING.  1ST FLOOR BAR AND 2ND
FLOOR 3 FAMILY

1011465     03/06/01   00/00/00           PERMIT COMPLETE-CZC ONLY  01/03/08
RENEWAL FOR ENTERTAINMENT LICENSE FOR 2001; OAK TREE LOUNGE

**PF13-PMT MOD    PF14-STAT LIST PF15-PMT DETL   PF16-PMT EVTS   PF17-PMT CONDS**
**PF18-PROP SUMM PF19-ADDR LIST PF20-CFO LIST    PF21-PND/CANC   PF22-CZC MOD**

APPLIC. ADDRESS: 0564       CHILI           AV   PERMIT NO.: _____
SBL NO.: 120 . 550 - 0003 - 016 . 001 / 0000
PMT#/SFX    APL DTE    ISS DTE    EST COST        STATUS/DATE
                                     0564       CHILI           AV
1011432    03/06/01    00/00/00             PERMIT COMPLETE-CZC ONLY  01/03/19
AMUSEMENT CENTER LICENSE RENEWAL FOR OAK TREE LOUNGE FOR 2001
    LIMITED TO 3 MACHINES

1000544    01/21/00    00/00/00             PERMIT COMPLETE-CZC ONLY  00/01/26
ENTERTAINMENT AND AMUSEMENT LICENSE (RENEWAL)


0966926    10/23/96    06/07/99         1  PMT COMPLETED/ WITH INSP   03/02/20
LEGALIZE LIVE ENTERTAINMENT IN AN EXISTING BAR/RESTAURANT(OAK TREE
LOUNGE).THREE (3) APARTMENTS ON SECOND FLOOR TO REMAIN.

0901876    00/00/00    06/14/90      5145  PMT CMPLT PRE CONVERSION  93/10/18
INSTALL AWNING (IN FRONT)

**PF13-PMT MOD    PF14-STAT LIST  PF15-PMT DETL   PF16-PMT EVTS   PF17-PMT CONDS**
**PF18-PROP SUMM  PF19-ADDR LIST  PF20-CFO LIST   PF21-PND/CANC   PF22-CZC MOD**

**APPLIC. ADDRESS:** 0564        CHILI           AV    **PERMIT NO.:** _____
**SBL NO.:** 120 . 550 - 0003 - 016 . 001 / 0000
**PMT#/SFX**    **APL DTE**    **ISS DTE**    **EST COST**    **STATUS/DATE**
                                              0564       CHILI       AV
0319834         00/00/00       06/06/79                   PMT CMPLT PRE CONVERSION  93/10/18
                                              PLUMB  CORRECT VIOLS

0319608         00/00/00       05/16/79         100       PMT CMPLT PRE CONVERSION  93/10/18
                                              MAINTAIN BAR, RESTAURANT AND 3 FAM DWLG AS AT PRESENT

0307794         00/00/00       09/01/76                   PMT CMPLT PRE CONVERSION  93/10/18
                                              PLUMBING

0186609         00/00/00       06/30/65        2900       PMT CMPLT PRE CONVERSION  93/10/18
                                              REPAIR FIRE DAMAGE ON ROOF

**PF13-PMT MOD    PF14-STAT LIST PF15-PMT DETL  PF16-PMT EVTS   PF17-PMT CONDS**
**PF18-PROP SUMM PF19-ADDR LIST PF20-CFO LIST  PF21-PND/CANC   PF22-CZC MOD**

```
BPPMTQY   BIS - BUILDING -    MITS ISSUED              DATE:    /09/2012 >
END OF DATA

APPLIC. ADDRESS: 0564        CHILI            AV    PERMIT NO.: _____
SBL NO.: 120 . 550 - 0003 - 016 . 001 / 0000
PMT#/SFX     APL DTE    ISS DTE    EST COST       STATUS/DATE
                                        0564        CHILI           AV
0009814      00/00/00   07/31/07     3500  PMT CMPLT PRE CONVERSION 93/10/18
                       ERECT A FRAME DOUBLE DWELLING




PF13-PMT MOD    PF14-STAT LIST  PF15-PMT DETL  PF16-PMT EVTS  PF17-PMT CONDS
PF18-PROP SUMM  PF19-ADDR LIST  PF20-CFO LIST  PF21-PND/CANC  PF22-CZC MOD
```

```
BSCFOQY          BIS - CERT. OCCUPANCY FOR PARCEL      DATE:    /09/2012 *
```

**MORE C OF O DOCUMENTS ARE AVAILABLE - PRESS PF8**
              **ENTRY ADDRESS:** 0564        CHILI              AV
              **SBL NO:** 120 . 550 - 0003 - 016 . 001 / 0000
              **DOCUMENT:** _____

```
  C OF O     ISSUE     EXPIRE    APPLIC    --- FEE ---
 NMBR SFX    DATE      DATE      DATE                 C/O TYPE        C/O STATUS
                                           0564       CHILI              AV
 81300      02/29/12  03/01/15  10/26/11   00000.00   PERMANENT          IN-FRC
```
**TERMS OF USE:**              **CLERK:** 077    **LEGAL USE:** MIX    **CONST TYP:** 4B
BRICK 2 STORIES
FIRST FLOOR - BAR/RESTAURANT (MAXIMUM OCCUPANCY NOT TO EXCEED 90 PERSONS; BAR/
**CONDITIONS:**
RESTAURANT/LIVE ENTERTAINMENT - HOURS OF OPERATION NOT TO EXCEED 6 AM TO 12

```
 73804      08/01/08  09/01/11  11/07/07   00000.00   PERM-PARTIAL       IN-FRC
```
**TERMS OF USE:**              **CLERK:** 077    **LEGAL USE:** MIX    **CONST TYP:** 4B
BRICK 2 STORIES
SECOND FLOOR - THREE FAMILIES
**CONDITIONS:**

**PF14-PROP SUMM**   **PF15-ADDR LIST**   **PF16-SBL# LIST**
**PF18-C/O DETL**    **PF19-PMT LIST**    **PF20-CZC LIST**

```
. BSCFOQY        BIS - CERT. OCCUPANCY FOR PARCEL      DATE:    '09/2012 >

  MORE C OF O DOCUMENTS ARE AVAILABLE - PRESS PF8
              ENTRY ADDRESS: 0564         CHILI           AV
              SBL NO: 120 . 550 - 0003 - 016 . 001 / 0000
              DOCUMENT: _____
  C OF O    ISSUE     EXPIRE     APPLIC    --- FEE ---
  NMBR SFX  DATE      DATE       DATE                 C/O TYPE       C/O STATUS
                                                0564         CHILI           AV
  50029A    09/01/11  00/00/00   12/19/07    00000.00  PERMANENT      IN-FRC
  TERMS OF USE:                  CLERK: 077  LEGAL USE: MIX  CONST TYP: MAS
  MASONRY 2 1/2 STORIES         FIRST FLOOR - BAR/RESTAURANT  **MAXIMUM OCCUPANCY
  NOT TO EXCEED 90 PERSONS** NO THIRD FLOOR OCCUPANCY
  CONDITIONS:
  **CONDITION: BAR/RESTAURANT/LIVE ENTERTAINMENT BE OPERATED BETWEEN 6:00 AM TO

  50029     01/20/00  02/01/05   06/04/99    00000.00  PERMANENT      IN-FRC
  TERMS OF USE:                  CLERK: 078  LEGAL USE: MIX  CONST TYP: B
       FIRST FLOOR-BAR/RESTAURANT WITH LIVE ENTERTAINMENT  (MAXIMUM OCCPPANCY NOT
       TO EXCEED 90 PEOPLE)
  CONDITIONS:
  EXPIRED C/O LETTER SNT 3/10/05
  PF14-PROP SUMM  PF15-ADDR LIST  PF16-SBL# LIST
  PF18-C/O DETL   PF19-PMT LIST   PF20-CZC LIST
```

**END OF DATA**
        **ENTRY ADDRESS:** 0564          CHILI                AV
        **SBL NO:** 120 . 550 - 0003 - 016 . 001 / 0000
        **DOCUMENT:** _____

| C OF O<br>NMBR SFX | ISSUE<br>DATE | EXPIRE<br>DATE | APPLIC<br>DATE | --- FEE --- | C/O TYPE | C/O STATUS |
|---|---|---|---|---|---|---|
| | | | | 0564    CHILI | | AV |
| 43502 | 10/24/96 | 11/01/01 | 10/24/94 | 00000.00 | PERMANENT | IN-FRC |

**TERMS OF USE:**          **CLERK:** 013    **LEGAL USE:** MIX    **CONST TYP:** 4B
    FIRST FLOOR  - BAR/RESTAURANT (MAX OCCY NOT TO EXCEED 90 PEOPLE)
    SECOND FLOOR - THREE FAMILIES
**CONDITIONS:**


| 15574B | 04/06/87 | 05/01/92 | 01/29/87 | 00000.00 | PERMANENT | IN-FRC |
|---|---|---|---|---|---|---|

**TERMS OF USE:**          **CLERK:**        **LEGAL USE:**        **CONST TYP:**
        1ST BAR/RESTAURANT - 2ND 3 FAM
EXP LTR 1/14/94  (2/23 - REG. MAIL)
**CONDITIONS:**
      N3F

**PF14-PROP SUMM   PF15-ADDR LIST   PF16-SBL# LIST**
**PF18-C/O DETL    PF19-PMT LIST    PF20-CZC LIST**

**MORE VARIANCE DOCKETS ARE AVAILABLE - PRESS PF8**
**ENTRY:** 0564        CHILI           AV    **SBL** 120 . 550 - 0003 - 016 . 001 / 0000
       **(DOCUMENT #)**
**DOC    TRANSFER  PERMIT APPLICATION HEARING  DECISION**
**TYPE   NUMBER    NUMBER   DATE       DATE      DATE      STATUS**
                                                 0564      CHILI           AV
VAR   V0101011 1105008  07/27/10   08/26/10  09/02/10  APPROVED WITH CONDITIONS
**REQUEST:** RE-ESTABLISH BAR/RESTAURANT WITH LIVE ENTERTAINMENT, A USE
         NOT PERMITTED IN THE DISTRICT AND TO EXTEND THE HOURS OF


     ( V0883300 )
VAR   V0191050 0000000  12/05/57   12/05/57  12/05/57  APPROVED
**REQUEST:**            PERMIT TOERECT ONE STORY CEMENT BLOCK ADDITION TO
         TAURANT TO BE USED FOR KITCHEN WITH LOT COVERAGE REQUIREMENT


VAR   V0301213 1124696  09/24/12   10/18/12  00/00/00  DOCKET DATE SCHEDULED
**REQUEST:** TO EXTEND THE HOURS OF OPERATION OF A BAR/RESTAURANT FROM
         12:00 A.M. TO 2:00 A.M. MONDAY THROUGH SATURDAY; A

**PF13-DOC MOD   PF14-STAT LIST PF15-DOC DETL  PF16-PMT EVTS   PF17-NARR UPD**
**PF18-ZPROP SUM PF19-ADDR LIST PF20-DOC# LIST PF21-CZC DSPLY  PF22-DOC/PMT**

```
BZDOCQY        BIS - DOCUMENTS FOR A PARCEL           DATE:    09/2012 *
END OF DATA
ENTRY: 0564       CHILI           AV     SBL 120 . 550 - 0003 - 016 . 001 / 0000

DOC    DOCUMENT  PERMIT   APPLICATION HEARING  DECISION
TYPE   NUMBER    NUMBER   DATE        DATE     DATE      STATUS
                                                0564     CHILI              AV
VAR    V0770708  1078732  05/20/08    06/25/08 06/25/08  APPROVED WITH CONDITIONS
REQUEST: TO ADD LIVE ENTERTAINMENT TO AN EXISTING BAR/RESTAURANT, A
         USE NOT PERMITTED IN THE DISTRICT AND TO EXTEND THE HOURS OF




PF13-DOC MOD    PF14-STAT LIST  PF15-DOC DETL  PF16-PMT EVTS  PF17-NARR UPD
PF18-ZPROP SUM  PF19-ADDR LIST  PF20-DOC# LIST PF21-CZC DSPLY PF22-DOC/PMT
```