



City assessment photo









