

# ZONING BOARD OF APPEALS
# STAFF REPORT
# October 18, 2012

## Use Variance

| | |
|---|---|
| **Case # 8:** | **Staff Reviewer:** Zina Lagonegro |
| **File Number:** | V-030-12-13 |
| **Applicant:** | Joan Ortiz, Obsessions Bar and Grill |
| **Address:** | 564 Chili Avenue |
| **Zoning District:** | C-1 Neighborhood Center District |
| **Section of Code:** | 120-199E |
| **Request:** | To extend the hours of operation of a bar/restaurant with live entertainment from 12:00am – 2:00am, 7 days a week, a prohibited use in the C-1 zone. |

**Analysis:**

The subject property is a legal bar/restaurant with live entertainment which was granted a Use Variance to operate as such until midnight only in 2010. The applicant is now applying to extend the hours of operation until 2am, 7 days a week.

**Code Compliance:**

Section 120-34 does not permit a bar/restaurant with live entertainment as of right in the C-1 zone.

**Code Enforcement:** There are no open cases for this property.