# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| OBSESSION SPORTS BAR & GRILL, INC. and JOAN C. ORTIZ,<br>*Plaintiff*<br>v.<br>THE CITY OF ROCHESTER, a municipal corporation,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-CV-6152 CJS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiffs' motion for partial summary judgment is denied and Defendant's cross-motion to dismiss the Amended Complaint for failure to state a claim is granted. Alternatively, Defendant is granted summary judgment pursuant to FRCP 56(f)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Charles J. Siragusa on a motion for dismissal of the amended complaint for failure to state a claim in favor of Defendant. Alternatively, Defendant is granted summary judgment pursuant to FRCP 56(f)(1). The action is dismissed with prejudice.

Date: 02/21/2017

*CLERK OF COURT*

*Mary Choewerguth*
*Signature of Clerk or Deputy Clerk*